1  BILL LOCKYER
   Attorney General of the State of California
2  MARGARITA ALTAMIRANO
   Supervising Deputy Attorney General
3  JULIE WENG-GUTIERREZ, State Bar No. 179277
   Deputy Attorneys General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-8223
6    Fax: (916) 324-5567

7  Attorneys for Defendant, Sandra Shewry, Director of
   the Department of Health Services, State of California

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  **CALIFORNIA ASSOCIATION OF MEDICAL**          CASE NO. CIV.S-04-1124 DFL GGH
    **PRODUCT SUPPLIERS; MICHAEL**
13  **ELLENWOOD; and MICHAEL JOHNSON,**            **JOINT STIPULATION FOR**
                                                   **ADDITIONAL STAY OF**
14                                  Plaintiffs,    **DISCOVERY AND EXTENSION**
                                                   **OF TRIAL AND PRE-TRIAL**
15          v.                                     **DATES**

16  **SANDRA SHEWRY, DIRECTOR OF THE**             Date: November 14, 2005
    **DEPARTMENT OF HEALTH SERVICES,**             Time:
17  **STATE OF CALIFORNIA,**                       Honorable David F. Levi

18                                  Defendant.     Complaint Filed: June 10, 2004

19

20

21          Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood,

22  and Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their

23  respective attorneys of record, hereby stipulate as follows:

24          WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

25          WHEREAS, the parties have been engaged in good faith settlement discussions and

26  thus on or about January 13, 2005, (January Stipulation) and March 3, 2005, (March Stipulation)

27  jointly requested a stay of the entire action, including the extension of all litigation deadlines and

28  trial date to allow the parties to focus their time and energy on discussing settlement;

WHEREAS, the Court signed both Stipulations granting a stay and extension dates for discovery, dispositive motions, pre-trial conference and trial date;

WHEREAS, the parties are currently engaged in ongoing good faith settlement discussions;

WHEREAS, all parties mutually agree that settlement discussions will continue to be helpful in resolving most, if not all, of the material disputes of this case and that additional time is necessary in order to facilitate settlement;

WHEREAS, good cause exists to grant a further stay and extension of the litigation deadlines and trial date based on the parties' good faith belief that they may resolve their disputes without the need for further Court intervention, thereby eliminating the need for use of the Court's limited resources;

IT IS HEREBY STIPULATED THAT:

1.    The action is stayed in its entirety for an additional 30 days upon the signing of the Order.

2.    The trial date, and all other dates set forth in the March Stipulation entered by the Court on March 4, 2005, be extended subject to the Court's approval, to the following dates or other dates convenient to the Court:

| Initial Expert Witness Disclosures | April 25, 2005 | May 25, 2005 |
|---|---|---|
| Defendant's responses to Plaintiffs' First Set of Request for Production, Requests for Admissions, and Interrogatories | April 28, 2005 | May 31, 2005 |
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | April 28, 2005 | May 31, 2005 |
| Supplemental Expert Witness Disclosures | May 9, 2005 | June 8, 2005 |
| Close of Discovery | July 1, 2005 | August 1, 2005 |
| Deadline for Filing of Dispositive Motions | July 29, 2005 | August 29, 2005 |

| | | |
|---|---|---|
| Hearing on Dispositive Motions | August 24, 2005 | October 5, 2005 at 10 a.m. |
| Pre-Trial Conference | October 5, 2005 | November 9, 2005 at 4 p.m. |
| Trial | November 14, 2005 | December 12, 2005 at 9 a.m. |

DATED:  April 25, 2005                     SANDRA SHEWRY, Director of the Department
                                           of Health Services

                                           By:_____/s/_____
                                               JULIE WENG-GUTIERREZ
                                               Attorneys for Defendant

DATED:  April 25, 2005                     HOOPER, LUNDY & BOOKMAN, INC.

                                           By:  _____/s/_____
                                                FELICIA Y. SZE
                                                Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER

For good cause show, the Court hereby postpones the scheduled dates for discovery, filing of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial as follows:

| | |
|---|---|
| Initial Expert Witness Disclosures | May 25, 2005 |
| Supplemental Expert Witness Disclosures | June 8, 2005 |
| Close of Discovery | August 1, 2005 |
| Deadline for Filing Dispositive Motions | August 29, 2005 |
| Hearing on Dispositive Motions | October 5, 2005 at  10:00 a.m. |
| Pre-Trial Conference | November 9, 2005 at  4:00 p.m. |
| Trial | December 12, 2005 at 9:00 a.m. |

DATED: 4/26/2005                    By:        /s/ David F. Levi
                                                         The Honorable David F. Levi
                                                         Judge of the United States District Court