MARK E. REAGAN (State Bar No. 143438)
CRAIG J. CANNIZZO (State Bar No. 70379)
FELICIA Y. SZE (State Bar No. 233441)
**HOOPER, LUNDY & BOOKMAN, INC.**
180 Montgomery Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail:   mreagan@health-law.com

OK/HAV

Attorneys for CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS, MICHAEL ELLENWOOD and MICHAEL JOHNSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA,

## SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS; MICHAEL ELLENWOOD; and MICHAEL JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH SERVICES, STATE OF CALIFORNIA,<br><br>Defendants. | CASE NO. CIV.S-04-1124 DFL GGH<br><br>**JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES** |

Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood, and Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

WHEREAS, the parties have been engaged in good faith settlement discussions and thus on or about January 13, 2005, (January Stipulation), March 3, 2005, (March

Stipulation) and April 25, 2005 (April Stipulation) jointly requested a stay of the entire action, including the extension of all litigation deadlines and trial date to allow the parties to focus their time and energy on discussing settlement;

WHEREAS, the Court signed both Stipulations granting a stay and extension dates for discovery, dispositive motions, pre-trial conference and trial date;

WHEREAS, the parties are currently engaged in ongoing good faith settlement discussions;

WHEREAS, all parties mutually agree that settlement discussions will continue to be helpful in resolving most, if not all, of the material disputes of this case and that additional time is necessary in order to facilitate settlement;

WHEREAS, good cause exists to grant a further stay and extension of the litigation deadlines and trial date based on the parties' good faith belief that they may resolve their disputes without the need for further Court intervention, thereby eliminating the need for use of the Court's limited resources;

IT IS HEREBY STIPULATED THAT:

1. The action is stayed in its entirety for an additional 45 days upon the signing of the Order.

2. The trial date, and all other dates set forth in the April Stipulation entered by the Court on April 27, 2005, be extended subject to the Court's approval, to the following dates or other dates convenient to the Court:

| | | |
|---|---|---|
| Initial Expert Witness Disclosures | May 25, 2005 | July 11, 2005 |
| Defendant's responses to Plaintiffs' First Set of | May 31, 2005 | July 15, 2005 |

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519

2000129.1

| | | |
|---|---|---|
| Request for Production, Requests for Admissions, and Interrogatories | | |
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | May 31, 2005 | July 15, 2005 |
| Supplemental Expert Witness Disclosures | June 8, 2005 | July 25, 2005 |
| Close of Discovery | August 1, 2005 | September 15, 2005 |
| Deadline for Filing of Dispositive Motions | August 29, 2005 | November 9, 2005 |
| Hearing on Dispositive Motions | October 5, 2005 | December 7, 2005 at 10 a.m. |

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519

JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES

| | | |
|---|---|---|
| Pre-Trial Conference | November 9, 2005 | January 27, 2006 at 3 p.m. |
| Trial | December 12, 2005 | March 6, 2006 at 9 a.m. |

DATED: May 25, 2005                HOOPER, LUNDY & BOOKMAN, INC.

                                   By:                /s/
                                   _____
                                        FELICIA Y. SZE
                                   Attorneys for Plaintiffs


DATED: May 25, 2005                SANDRA SHEWRY, Director of the Department of Health Services

                                   By:                /s/
                                   _____
                                        JULIE WENG-GUTIERREZ
                                   Attorneys for Defendant

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519

2000129.1

# ORDER

For good cause show, the Court hereby postpones the scheduled dates for discovery, filing of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial as follows:

| | |
|---|---|
| Initial Expert Witness Disclosures | July 11, 2005 |
| Supplemental Expert Witness Disclosures | July 25, 2005 |
| Close of Discovery | September 15, 2005 |
| Deadline for Filing Dispositive Motions | November 9, 2005 |
| Hearing on Dispositive Motions | December 7, 2005 at 10 a.m. |
| Pre-Trial Conference | January 27, 2006 at 3 p.m. |
| Trial | March 6, 2006 at 9 a.m. |

DATED: May 26, 2005

By: /s/ David F. Levi

The Honorable David F. Levi
Judge of the United States District Court

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519

JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519

2000129.1

6

JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES