MARK E. REAGAN (State Bar No. 143438)
CRAIG J. CANNIZZO (State Bar No. 70379)
FELICIA Y. SZE (State Bar No. 233441)
**HOOPER, LUNDY & BOOKMAN, INC.**
180 Montgomery Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail:   fsze@health-law.com

Attorneys for CALIFORNIA ASSOCIATION
OF MEDICAL PRODUCT SUPPLIERS,
MICHAEL ELLENWOOD and MICHAEL
JOHNSON

OK/HAV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS; MICHAEL ELLENWOOD; and MICHAEL JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH SERVICES, STATE OF CALIFORNIA,<br><br>Defendants. | CASE NO. CIV.S-04-1124 DFL PAN<br><br>**JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES** |

Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood, and Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

WHEREAS, the parties have been engaged in good faith settlement discussions and thus on or about January 13, 2005, (January Stipulation), March 3, 2005, (March Stipulation), April 25, 2005 (April Stipulation) and May 25, 2005 (May stipulation), jointly requested a stay of the entire

2000690.1

1  action, including the extension of all litigation deadlines and trial date to allow the parties to focus
2  their time and energy on discussing settlement;

3      WHEREAS, the Court signed both Stipulations granting a stay and extension dates for
4  discovery, dispositive motions, pre-trial conference and trial date;

5      WHEREAS, the parties are currently engaged in ongoing good faith settlement
6  discussions;

7      WHEREAS, all parties mutually agree that settlement discussions will continue to be
8  helpful in resolving most, if not all, of the material disputes of this case and that additional time is
9  necessary in order to facilitate settlement;

10      WHEREAS, good cause exists to grant a further stay and extension of the litigation
11  deadlines and trial date based on the parties' good faith belief that they may resolve their disputes
12  without the need for further Court intervention, thereby eliminating the need for use of the Court's
13  limited resources;

14      IT IS HEREBY STIPULATED THAT:

15      1.    The action is stayed in its entirety for an additional 30 days upon the signing of the
16  Order.

17      2.    The trial date, and all other dates set forth in the May Stipulation entered by the
18  Court on May 26, 2005, be extended subject to the Court's approval, to the following dates or
19  other dates convenient to the Court:

| | | |
|---|---|---|
| Initial Expert Witness Disclosures | July 11, 2005 | August 12, 2005 |
| Defendant's responses to Plaintiffs' First Set of Request for Production, Requests for Admissions, and Interrogatories | July 15, 2005 | August 15, 2005 |

27
28

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL.: (415) 875-8500 • FAX: (415) 875-8519

2000690.1

| | | |
|---|---|---|
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | July 15, 2005 | August 15, 2005 |
| Supplemental Expert Witness Disclosures | July 25, 2005 | August 26, 2005 |
| Close of Discovery | September 15, 2005 | October 14, 2005 |
| Deadline for Filing of Dispositive Motions | November 9, 2005 | December 21, 2005 |
| Hearing on Dispositive Motions | December 7, 2005 | January 18, 2006 at 10:00 a.m. |
| Pre-Trial Conference | January 27, 2006 | March 3, 2006 at 3:00 p.m. |
| Trial | March 6, 2006 | April 10, 2006 |

DATED: July 7, 2005                HOOPER, LUNDY & BOOKMAN, INC.


By: _____/s/_____
         FELICIA Y SZE
Attorneys for Plaintiffs

DATED: July 7, 2005                SANDRA SHEWRY, Director of the Department of Health Services


By: _____/s/_____
         JULIE WENG-GUTIERREZ
Attorneys for Defendant

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL.: (415) 875-8500 • FAX: (415) 875-8519

2000690.1

**[PROPOSED] ORDER**

For good cause show, the Court hereby postpones the scheduled dates for discovery, filing of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial as follows:

| | |
|---|---|
| Initial Expert Witness Disclosures | August 12, 2005 |
| Supplemental Expert Witness Disclosures | August 26, 2005 |
| Close of Discovery | October 14, 2005 |
| Deadline for Filing Dispositive Motions | December 21, 2005 |
| Hearing on Dispositive Motions | January 18, 2006 at 10:00 a.m. |
| Pre-Trial Conference | March 3, 2006 at 3:00 p.m. |
| Trial | April 10, 2006 at 8:30 a.m. |

DATED: July 7, 2005

By: /s/ David F. Levi
The Honorable David F. Levi
Judge of the United States District Court

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL.: (415) 875-8500 • FAX: (415) 875-8519

2000690.1

4
JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES