BILL LOCKYER
Attorney General of the State of California
PAUL REYNAGA
Acting Supervising Deputy Attorney General
JULIE WENG-GUTIERREZ, State Bar No. 179277
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8223
 Fax: (916) 324-5567

Attorneys for Defendant, Sandra Shewry, Director of
the Department of Health Services, State of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS; MICHAEL ELLENWOOD; and MICHAEL JOHNSON,**<br><br>Plaintiffs,<br><br>v.<br><br>**SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH SERVICES, STATE OF CALIFORNIA,**<br><br>Defendant. | CASE NO. CIV.S-04-1124 DFL GGH<br><br>**JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES**<br><br>Date: April 10, 2006<br>Time: 8:30 a.m.<br>Honorable David F. Levi<br><br>Complaint Filed: June 10, 2004 |

Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood, and Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

WHEREAS, the parties have been engaged in good faith settlement discussions and thus on or about January 13, 2005 (January Stipulation), March 3, 2005 (March Stipulation), April 25, 2005 (April Stipulation),  May 25, 2005 (May Stipulation) and July 7, 2005 (July Stipulation), jointly requested a stay of the entire action, including the extension of all litigation

deadlines and trial date to allow the parties to focus their time and energy on discussing settlement;

WHEREAS, the Court signed all Stipulations granting a stay and extension dates for discovery, dispositive motions, pre-trial conference and trial date;

WHEREAS, the parties are currently engaged in ongoing good faith settlement discussions;

WHEREAS, all parties mutually agree that settlement discussions will continue to be helpful in resolving most, if not all, of the material disputes of this case and that additional time is necessary in order to facilitate settlement;

WHEREAS, good cause exists to grant a further stay and extension of the litigation deadlines and trial date based on the parties' good faith belief that they may resolve their disputes without the need for further Court intervention, thereby eliminating the need for use of the Court's limited resources;

IT IS HEREBY STIPULATED THAT:

1. The action is stayed in its entirety for an additional 30 days upon the signing of the Order.

2. The trial date, and all other dates set forth in the July Stipulation entered by the Court on July 7, 2005, be extended subject to the Court's approval, to the following dates or other dates convenient to the Court:

| | | |
|---|---|---|
| Initial Expert Witness Disclosures | August 12, 2005 | September 9, 2005 |
| Defendant's responses to Plaintiffs' First Set of Request for Production, Requests for Admissions, and Interrogatories | August 15, 2005 | September 14, 2005 |
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | August 15, 2005 | September 14, 2005 |
| Supplemental Expert Witness Disclosures | August 26, 2005 | September 23, 2005 |

| | | |
|---|---|---|
| Close of Discovery | October 14, 2005 | November 18, 2005 |
| Deadline for Filing of Dispositive Motions | December 21, 2005 | January 18, 2006 |
| Hearing on Dispositive Motions | January 18, 2006 at 10:00 a.m. | February 15, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | N/A | March 24, 2006 |
| Pre-Trial Conference | March 3, 2006 at 3:00 p.m. | March 31, 2006 at 3:00 p.m. |
| Trial | April 10, 2006 | May 8, 2006 at 9:00 a.m. |

DATED: August 11, 2005                    SANDRA SHEWRY, Director of the
                                          Department of Health Services


                                          By:           /s/
                                              JULIE WENG-GUTIERREZ
                                          Attorneys for Defendant


DATED: August 11, 2005                    HOOPER, LUNDY & BOOKMAN, INC.


                                          By:           /s/
                                              FELICIA Y. SZE
                                          Attorneys for Plaintiffs

ORDER

For good cause show, the Court hereby postpones the scheduled dates for discovery, filing of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial as follows:

| | |
|---|---|
| Initial Expert Witness Disclosures | September 9, 2005 |
| Supplemental Expert Witness Disclosures | September 23, 2005 |
| Close of Discovery | November 18, 2005 |
| Deadline for Filing Dispositive Motions | January 18, 2006 |
| Hearing on Dispositive Motions | February 15, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | March 24, 2006 |
| Pre-Trial Conference | March 31, 2006 at 3:00 p.m. |
| Trial | May 8, 2006 at 9:00 a.m. |

DATED: August 15, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

    For    The Honorable David F. Levi
                    Judge of the United States District Court