MARK E. REAGAN (State Bar No. 143438)
CRAIG J. CANNIZZO (State Bar No. 70379)
FELICIA Y SZE (State Bar No. 233441)
**HOOPER, LUNDY & BOOKMAN, INC.**
180 Montgomery Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail: fsze@health-law.com

OK/HAV

Attorneys for CALIFORNIA ASSOCIATION
OF MEDICAL PRODUCT SUPPLIERS,
MICHAEL ELLENWOOD and MICHAEL
JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS; MICHAEL ELLENWOOD; and MICHAEL JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH SERVICES, STATE OF CALIFORNIA,<br><br>Defendants. | CASE NO. CIV.S-04-1124 DFL GGH<br><br>**JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES**<br><br>Date:   May 8, 2006<br>Time:   9:00 a.m.<br>Judge:  Honorable David F. Levi<br><br>Complaint Filed:   June 10, 2004 |

Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood, and Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

WHEREAS, the parties have been engaged in good faith settlement discussions and thus on or about January 13, 2005, (January Stipulation), March 3, 2005, (March Stipulation), April 25, 2005 (April Stipulation) and May 25, 2005 (May stipulation), July 7, 2005 (July Stipulation) and

August 11, 2005 (August Stipulation) jointly requested a stay of the entire action, including the extension of all litigation deadlines and trial date to allow the parties to focus their time and energy on discussing settlement;

WHEREAS, the Court signed both Stipulations granting a stay and extension dates for discovery, dispositive motions, pre-trial conference and trial date;

WHEREAS, the parties are currently engaged in ongoing good faith settlement discussions;

WHEREAS, all parties mutually agree that settlement discussions will continue to be helpful in resolving most, if not all, of the material disputes of this case and that additional time is necessary in order to facilitate settlement;

WHEREAS, good cause exists to grant a further stay and extension of the litigation deadlines and trial date based on the parties' good faith belief that they may resolve their disputes without the need for further Court intervention, thereby eliminating the need for use of the Court's limited resources;

IT IS HEREBY STIPULATED THAT:

1. The action is stayed in its entirety for an additional 30 days upon the signing of the Order.

2. The trial date, and all other dates set forth in the August Stipulation entered by the Court on August 15, 2005, be extended subject to the Court's approval, to the following dates or other dates convenient to the Court:

| | | |
|---|---|---|
| Initial Expert Witness Disclosures | September 9, 2005 | October 7, 2005 |
| Defendant's responses to Plaintiffs' First Set of Request for Production, Requests for Admissions, and Interrogatories | September 14, 2005 | October 21, 2005 |
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | September 14, 2005 | October 21, 2005 |

2
JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES

| | | |
|---|---|---|
| Supplemental Expert Witness Disclosures | September 23, 2005 | October 21, 2005 |
| Close of Discovery | November 18, 2005 | December 16, 2005 |
| Deadline for Filing of Dispositive Motions | January 18, 2006 | February 15, 2006 |
| Hearing on Dispositive Motions | February 15, 2006 at 10:00 a.m. | March 15, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | March 24, 2006 | April 21, 2006 |
| Pre-Trial Conference | March 24, 2006 at 3:00 p.m. | April 28, 2006 at 2:00 p.m. |
| Trial | May 8, 2006 at 9:00 a.m. | June 12, 2006 at 9:00 a.m. |

DATED: September 9, 2005          HOOPER, LUNDY & BOOKMAN, INC.


By: _____/s/_____
         FELICIA Y SZE
Attorneys for Plaintiffs

DATED: September 9, 2005          SANDRA SHEWRY, Director of the Department of Health Services


By: _____/s/_____
         JULIE WENG-GUTIERREZ
Attorneys for Defendant

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL.: (415) 875-8500 • FAX: (415) 875-8519

2001399.1

3
JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES

# [PROPOSED] ORDER

For good cause shown, the Court hereby postpones the scheduled dates for discovery, filing of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial as follows:

| | |
|---|---|
| Initial Expert Witness Disclosures | October 7, 2005 |
| Supplemental Expert Witness Disclosures | October 21, 2005 |
| Close of Discovery | December 16, 2005 |
| Deadline for Filing Dispositive Motions | February 15, 2006 |
| Hearing on Dispositive Motions | March 15, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | April 21, 2006 |
| Pre-Trial Conference | April 28, 2006, at 2:00 p.m. |
| Trial | June 12, 2006 at 9:00 a.m. |

DATED: September_9, 2005

By:/s/ David F. Levi
    The Honorable David F. Levi
    Judge of the United States District Court

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL.: (415) 875-8500 • FAX: (415) 875-8519

2001399.1