1  BILL LOCKYER
   Attorney General of the State of California
2  MARGARITA ALTAMIRANO
   Supervising Deputy Attorney General
3  JULIE WENG-GUTIERREZ, State Bar No. 179277
   Deputy Attorneys General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 445-8223
6   Fax:  (916) 324-5567

7  Attorneys for Defendant, Sandra Shewry, Director of the
   Department of Health Services, State of California

8                                                                    **OK/HAV**

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 | **CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS; MICHAEL ELLENWOOD; and MICHAEL JOHNSON,** | CASE NO. CIV.S-04-1124 DFL GGH |

13

14 |                                  Plaintiffs, | **JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES** |

15 |        v.                                   |

16 | **SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH SERVICES, STATE OF CALIFORNIA,** | Date: June 12, 2006
Time: 9:00 a.m.
Honorable David F. Levi |

17

18 |                                  Defendant. | Complaint Filed: June 10, 2004 |

19

20

21         Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood, and

22 Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their

23 respective attorneys of record, hereby stipulate as follows:

24         WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

25         WHEREAS, the parties have been engaged in good faith settlement discussions and thus

26 on or about January 13, 2005 (January Stipulation), March 3, 2005 (March Stipulation), April 25,

27 2005 (April Stipulation),  May 25, 2005 (May Stipulation), July 7, 2005 (July Stipulation), August

28 11, 2005 (August Stipulation), and September 9, 2005 (September Stipulation) jointly requested a

stay of the entire action, including the extension of all litigation deadlines and trial date to allow the parties to focus their time and energy on discussing settlement;

  WHEREAS, the Court signed all Stipulations granting a stay and extension of dates for discovery, dispositive motions, pre-trial conference and trial;

  WHEREAS, the parties are currently engaged in ongoing good faith settlement discussions;

  WHEREAS, all parties mutually agree that settlement discussions will continue to be helpful in resolving most, if not all, of the material disputes of this case and that additional time is necessary in order to facilitate settlement;

  WHEREAS, good cause exists to grant a further stay and extension of the litigation deadlines and trial date based on the parties' good faith belief that they may resolve their disputes without the need for further Court intervention, thereby eliminating the need for use of the Court's limited resources;

  IT IS HEREBY STIPULATED THAT:

  1. The action is stayed in its entirety for an additional 30 days upon the signing of the Order.

  2. The trial date, and all other dates set forth in the September Stipulation entered by the Court on September 9, 2005, be extended subject to the Court's approval, to the following dates or other dates convenient to the Court:

|  |  |  |
|---|---|---|
| Initial Expert Witness Disclosures | October 7, 2005 | November 10, 2005 |
| Defendant's responses to Plaintiffs' First Set of Request for Production, Requests for Admissions, and Interrogatories | October 21, 2005 | November 21, 2005 |
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | October 21, 2005 | November 21, 2005 |
| Supplemental Expert Witness Disclosures | October 21, 2005 | November 23, 2005 |

| | | |
|---|---|---|
| Close of Discovery | December 16, 2005 | January 20, 2006 |
| Deadline for Filing of Dispositive Motions | February 15, 2006 | March 1, 2006 |
| Hearing on Dispositive Motions | March 15, 2006 at 10:00 a.m. | March 29, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | April 21, 2006 | April 28, 2006 |
| Pre-Trial Conference | April 28, 2006 at 2:00 p.m. | May 5, 2006 at 3:00 p.m. |
| Trial | June 12, 2006 at 9:00 a.m. | June 19, 2006 at 9:00 a.m. |

DATED: October 6, 2005       SANDRA SHEWRY, Director of the Department of Health Services


By: _____/s/_____
    JULIE WENG-GUTIERREZ
Attorneys for Defendant


DATED: October 6, 2005       HOOPER, LUNDY & BOOKMAN, INC.


By: _____/s/_____
    FELICIA Y. SZE
Attorneys for Plaintiffs

1  [PROPOSED] ORDER

2  For good cause show, the Court hereby postpones the scheduled dates for discovery, filing

3  of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial as follows:

4  Initial Expert Witness Disclosures           November 10, 2005

5  Supplemental Expert Witness Disclosures      November 23, 2005

6  Close of Discovery                           January 20, 2006

7  Deadline for Filing Dispositive Motions      March 1, 2006

8  Hearing on Dispositive Motions               March 29, 2006 at 10:00 a.m.

9  Pre-Trial Conference Statement               April 28, 2006

10 Pre-Trial Conference                         May 5, 2006 at 3:00 p.m.

11 Trial                                        June 19, 2006 at 9:00 a.m.

12

13 DATED: 10/7/2005

14

15

16                              _____
                                DAVID F. LEVI
17                              United States District Judge