BILL LOCKYER
Attorney General of the State of California
MARGARITA ALTAMIRANO
Supervising Deputy Attorney General
JULIE WENG-GUTIERREZ, State Bar No. 179277
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8223
 Fax: (916) 324-5567

OK/HAV

Attorneys for Defendant, Sandra Shewry, Director of
the Department of Health Services, State of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF MEDICAL PRODUCT SUPPLIERS; MICHAEL ELLENWOOD; and MICHAEL JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH SERVICES, STATE OF CALIFORNIA,<br><br>Defendant. | CASE NO. CIV.S-04-1124 DFL GGH<br><br>**JOINT STIPULATION FOR ADDITIONAL STAY OF DISCOVERY AND EXTENSION OF TRIAL AND PRE-TRIAL DATES**<br><br>Date: June 19, 2006<br>Time: 9:00 a.m.<br>Honorable David F. Levi<br><br>Complaint Filed: June 10, 2004 |

Plaintiffs California Association of Medical Product Suppliers, Michael Ellenwood, and Michael Johnson (Plaintiffs) and Defendant Sandra Shewry (Defendant) by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a complaint on June 10, 2004, against Defendant;

WHEREAS, the parties have been engaged in good faith settlement discussions and thus on or about January 13, 2005 (January Stipulation), March 3, 2005 (March Stipulation), April 25, 2005 (April Stipulation),  May 25, 2005 (May Stipulation), July 7, 2005 (July Stipulation), August 11, 2005 (August Stipulation), September 9, 2005 (September Stipulation), and October 7, 2005 (October Stipulation) jointly requested a stay of the entire action, including

the extension of all litigation deadlines and trial date to allow the parties to focus their time and energy on discussing settlement;

WHEREAS, the Court signed all Stipulations granting a stay and extension of dates for discovery, dispositive motions, pre-trial conference and trial;

WHEREAS, the parties are currently engaged in ongoing good faith settlement discussions;

WHEREAS, all parties mutually agree that settlement discussions will continue to be helpful in resolving most, if not all, of the material disputes of this case and that additional time is necessary in order to facilitate settlement;

WHEREAS, good cause exists to grant a further stay and extension of the litigation deadlines and trial date based on the parties' good faith belief that they may resolve their disputes without the need for further Court intervention, thereby eliminating the need for use of the Court's limited resources;

IT IS HEREBY STIPULATED THAT:

1. The action is stayed in its entirety for an additional 14 days upon the signing of the Order.

2. The trial date, and all other dates set forth in the September Stipulation entered by the Court on October 7, 2005, be extended subject to the Court's approval, to the following dates or other dates convenient to the Court:

| | | |
|---|---|---|
| Initial Expert Witness Disclosures | November 10, 2005 | November 28, 2005 |
| Defendant's responses to Plaintiffs' First Set of Request for Production, Requests for Admissions, and Interrogatories | November 21, 2005 | December 5, 2005 |
| Plaintiffs' responses to Defendant's First Set of Request for Production and Interrogatories | November 21, 2005 | December 5, 2005 |
| Supplemental Expert Witness Disclosures | November 23, 2005 | December 7, 2005 |

| | | |
|---|---|---|
| Close of Discovery | January 20, 2006 | February 3, 2005 |
| Deadline for Filing of Dispositive Motions | March 1, 2006 | March 15, 2005 |
| Hearing on Dispositive Motions | March 29, 2006 at 10:00 a.m. | April 12, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | April 28, 2006 | May 12, 2005 |
| Pre-Trial Conference | May 5, 2006 at 3:00 p.m. | May 19, 2005 at 3:00 p.m. |
| Trial | June 19, 2006 at 9:00 a.m. | July 17, 2005 at 9:00 a.m. |

DATED: November 15, 2005                SANDRA SHEWRY, Director of the Department of Health Services


By:      /s/
JULIE WENG-GUTIERREZ
Attorneys for Defendant


DATED: November 15, 2005                HOOPER, LUNDY & BOOKMAN, INC.


By:      /s/
FELICIA Y. SZE
Attorneys for Plaintiffs

1 | [PROPOSED] ORDER

2 | For good cause show, the Court hereby postpones the scheduled dates for discovery,
3 | filing of dispositive motions, hearing on dispositive motions, final pre-trial conference and trial
4 | as follows:

| | |
|---|---|
| Initial Expert Witness Disclosures | November 28, 2005 |
| Supplemental Expert Witness Disclosures | December 7, 2005 |
| Close of Discovery | February 3, 2006 |
| Deadline for Filing Dispositive Motions | March 15, 2006 |
| Hearing on Dispositive Motions | April 12, 2006 at 10:00 a.m. |
| Pre-Trial Conference Statement | May 12, 2006 |
| Pre-Trial Conference | May 19, 2006 at 3:00 p.m. |
| Trial | July 17, 2006 at 9:00 a.m. |

DATED: 11/16/2005

_____
DAVID F. LEVI
United States District Judge